IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

UNITED STATES OF AMERICA

v.                                                    INFORMATION

RYAN A. FINK                                  Case No. 5:09mj68-LB

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

That on or about February 8, 2009, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Tyndall Air Force Base, Florida, the defendant,

**RYAN A. FINK,**

did intentionally and knowingly possess marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 844(a).

### COUNT TWO

That on or about February 8, 2009, in the Northern District of Florida, and within the special maritime and territorial jurisdiction of the United States, to wit: Tyndall Air Force Base, Florida, the defendant,

U.S. DISTRICT CT.
NORTHERN D ST. FLA.
PANAMA CITY, FLA.

09 JUN -2 AM 10: 28

FILED

**RYAN A. FINK,**

did exceed the posted speed limit of 45 miles per hour, by driving 60 miles per hour, in violation of Florida Statutes, Section 316.183 and Title 32, Code of Federal Regulations, Part 210.

_____  
THOMAS F. KIRWIN  
United States Attorney

_5/26/09_____  
DATE